Chase J. Potter
Texas Bar No. 24088245
potter@imcplaw.com
Joshua L. Shepherd
Texas Bar No. 24058104
shepherd@imcplaw.com
Anna Olin Richardson
Texas Bar No. 24102947
anna@imcplaw.com
IACUONE MCALLISTER POTTER PLLC
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
214.432.1536

COUNSEL FOR THE AGENT AND
SPECIAL COUNSEL FOR THE TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br><br>**ANIMO SERVICES, LLC,**<br><br>**DEBTOR.** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 23-30035-mvl7**<br><br>**Chapter 7** |
| **AREYA HOLDER AURZADA, TRUSTEE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BLACKSTONE INVESTMENTS I, LTD.,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary No. 25-03017-mvl** |

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff, Areya Holder Aurzada, Trustee, ("Plaintiff" or "Trustee"), by and through its attorneys, and pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(a), respectfully requests the Clerk of the Court to enter default against Defendant Blackstone Investments I, LTD. ("Defendant" or "Blackstone") for failure to plead or otherwise defend the above-captioned action. In support of the Motion, Plaintiff states as follows:

1. On February 7, 2025, Plaintiff filed its Complaint against Defendant. Dkt. No. 1.

2. On February 10, 2025, the Court issued a Summons In An Adversary Proceeding (the "Summons"). Dkt. No. 2.

3. On February 14, 2025, Plaintiff served the Summons, Scheduling Order (Dkt. No. 3), and a copy of the Complaint by U.S. mail (first class, certified, postage prepaid, return receipt requested) at Defendant's principal place of business and by personal service to Defendant's Registered Agent. Dkt. No. 7.

4. The Summons served upon Defendant instructed it to file an answer to the Complaint within thirty (30) days of issuance of the Summons by the Clerk. Thirty days from the issuance of the Summons, not counting the day of issuance, was, at the latest, March 13, 2025. Alternatively, a Motion pursuant to Fed. R. Bankr. P. 7012 could be filed in response to the Summons.

5. Defendant, who is neither an infant nor an incompetent person, has failed to answer or otherwise defend the Complaint as required by the Federal Rules of Civil Procedure.

6. Counsel for Plaintiff has not been served with a Notice of Appearance, nor has a representative for Defendant contacted counsel for Plaintiff to request an extension of time.

7. Entry of Default is therefore proper against Defendant under Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(a).

WHEREFORE, Plaintiff Areya Holder Aurzada, Trustee, respectfully requests the Clerk of the Court to enter default against Defendant Blackstone Investments I, Ltd. for failure to plead or otherwise defend the above-captioned action.

Date: April 18, 2025

Respectfully submitted,

*/s/ Chase J. Potter*

**CHASE J. POTTER**
Texas Bar No. 24088245
E-Mail: potter@imcplaw.com
**JOSHUA L. SHEPHERD**
Texas Bar No. 24058104
E-Mail: shepherd@imcplaw.com
**ANNA OLIN RICHARDSON**
Texas Bar No. 24102947
E-Mail: anna@imcplaw.com
**IACUONE MCALLISTER POTTER PLLC**
Energy Square One
4925 Greenville Ave., Suite 1112
Dallas, Texas 75206
Telephone: (214) 432-1536

**COUNSEL FOR THE AGENT AND**
**SPECIAL COUNSEL FOR THE TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2025, I electronically filed the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT with the Clerk of the Court using the CM/ECF system.

*/s/ Chase J. Potter*
Chase J. Potter