**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Chapter 7** |
| **ANIMO SERVICES, LLC,** | § | |
| | § | **Case No. 23-30035-MVL-7** |
| ***Debtor*.** | § | |

| | | |
|---|---|---|
| **AREYA HOLDER AURZADA, TRUSTEE,** | § | |
| | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **Adv. No. 25-03017-mvl** |
| | § | |
| **BLACKSTONE INVESTMENTS I, LTD.,** | § | |
| | § | |
| ***Defendant*.** | § | |

**ORDER GRANTING MOTION TO COMPEL DISCOVERY FROM DEFENDANT BLACKSTONE INVESTMENTS I, LTD.**

CAME ON FOR CONSIDERATION Plaintiff Areya Holder Aurzada's (the "Trustee" or "Plaintiff") Motion to Compel Discovery and Brief in Support (the "Motion") against Defendant Blackstone Investments I, LTD. ("Blackstone" or "Defendant"), and all supporting documents. Having considered the Motion, any response thereto, the arguments of counsel, and the applicable law, the Court finds that the Motion is well-taken and should be **GRANTED.**

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant produces to the Trustee all non-privileged documents within its possession, custody, or control responsive to the requests for production contained in the Trustee's First Set of Discovery to Defendant Blackstone Investments I, LTD.;

2. Defendant produces documents in the form in which they are ordinarily maintained or in a reasonably usable form and preserve associated metadata; and

3. Defendant completes the production required by the foregoing paragraphs within seven days of entry of the Order;

**# # # END OF ORDER # # #**